IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Adlene

Printed: 01/06/09

Case Number: 04 B 26564
Judge: Wedoff, Eugene R
Filed: 7/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,978.00 |  |
| Secured: |  | 10,359.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 982.70 |
| Trustee Fee: |  | 635.52 |
| Other Funds: |  | 0.00 |
| Totals: | 11,978.00 | 11,978.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 982.70 | 982.70 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 3,105.23 | 2,873.11 |
| 4. | General Motors Acceptance Corp | Secured | 8,143.07 | 7,486.67 |
| 5. | Capital One | Unsecured | 273.60 | 0.00 |
| 6. | Aspire Visa | Unsecured | 129.01 | 0.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 673.57 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 845.43 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured |  | No Claim Filed |
| 10. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
| 11. | MCI Residential | Unsecured |  | No Claim Filed |
| 12. | Oak Park Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,152.61 | $ 11,342.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 7.29 |
| 6.5% | 146.73 |
| 3% | 22.49 |
| 5.5% | 123.76 |
| 5% | 37.50 |
| 4.8% | 60.00 |
| 5.4% | 237.75 |
|  | $ 635.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Thomas, Adlene

Printed: 01/06/09

Case Number:  04 B 26564
Judge:  Wedoff, Eugene R
Filed:  7/16/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

